THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE PROSPERITY COMPANY, INC., Respondent, against ROLLAND B. MARVIN, as Mayor of the City of Syracuse, et al., Appellants.

Argued January 6, 1941; decided January 23, 1941.

*James C. Tormey,* Corporation Counsel (*John F. Hmiel* of counsel), for appellants.

*Benjamin E. Shove* for respondents.

Appeal dismissed, without costs. The order upon the motion to dismiss was entered incorrectly. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, CONWAY and DESMOND, JJ. Taking no part: LEWIS, J.